**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   DWAYNE BURRIS                    §      Case No.: 11-32758
         CHARLENE W BURRIS                §
                                          §
         Debtor(s)                        §
---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/10/2011.

2) This case was confirmed on N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 10/05/2011.

6) Number of months from filing to the last payment: 0

7) Number of months case was pending: 3

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   34,801.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | .00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | .00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | .00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | .00 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | .00 |
| Attorney fees paid and disclosed by debtor | $ | 1,200.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DISCOVER FINANCIAL S | UNSECURED | 8,518.00 | 8,518.94 | 8,518.94 | .00 | .00 |
| FIA CARD/BOA/MBNA AM | UNSECURED | 13,528.00 | 13,528.93 | 13,528.93 | .00 | .00 |
| AFNI INC | UNSECURED | 544.00 | 544.66 | 544.66 | .00 | .00 |
| HARRIS NA | SECURED | 804.00 | 804.36 | 804.00 | .00 | .00 |
| DEPT STORES NATIONAL | UNSECURED | 2,697.00 | 2,697.40 | 2,697.40 | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 100.00 | 120.99 | 120.99 | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 200.00 | 254.79 | 254.79 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | NA | 702.73 | 702.73 | .00 | .00 |
| TOYOTA MOTOR CREDIT | SECURED | 627.00 | 407.49 | 407.49 | .00 | .00 |
| CITY OF CHICAGO WATE | SECURED | NA | 100.67 | .00 | .00 | .00 |
| CITY OF CHICAGO WATE | UNSECURED | 197.25 | .00 | 100.67 | .00 | .00 |
| OCWEN LOAN SERVICING | SECURED | 150,000.00 | .00 | .00 | .00 | .00 |
| OCWEN LOAN SERVICING | UNSECURED | 53,468.00 | NA | NA | .00 | .00 |
| HARRIS NA | UNSECURED | NA | .00 | .84 | .00 | .00 |
| ILLINOIS DEPT OF REV | OTHER | 8,100.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 39,093.00 | 86,653.58 | 86,653.58 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 102,716.00 | 42,348.18 | 42,348.18 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 15,741.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 1,959.00 | NA | NA | .00 | .00 |
| ADT SECURITY SYSTEMS | UNSECURED | 41.92 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 159.00 | NA | NA | .00 | .00 |
| AMERICAN HOME MORTGA | UNSECURED | .00 | NA | NA | .00 | .00 |
| ARONSON FURNITURE | UNSECURED | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AT & T BANKRUPTCY | UNSECURED | 78.40 | NA | NA | .00 | .00 |
| AT & T BANKRUPTCY | UNSECURED | 216.99 | NA | NA | .00 | .00 |
| BANK OF AMERICA NA | UNSECURED | 31,220.72 | NA | NA | .00 | .00 |
| BANK OF AMERICA NA | UNSECURED | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHASE BANK USA | UNSECURED | 13,289.00 | 13,289.90 | 13,289.90 | .00 | .00 |
| CHASE BANK USA | UNSECURED | 7,614.00 | 7,614.90 | 7,614.90 | .00 | .00 |
| CHASE CC | UNSECURED | 7,358.00 | NA | NA | .00 | .00 |
| CHASE CC | UNSECURED | .00 | NA | NA | .00 | .00 |
| CIRCLE FAMILY CARE | UNSECURED | 347.80 | NA | NA | .00 | .00 |
| CITI RETAIL SVCS | UNSECURED | 4,435.00 | NA | NA | .00 | .00 |
| CITIFINANCIAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| WEST SUBURBAN MEDICA | UNSECURED | 375.00 | NA | NA | .00 | .00 |
| WEST SUBURBAN MEDICA | UNSECURED | 69.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 201.68 | NA | NA | .00 | .00 |
| CHASE | UNSECURED | 8,476.22 | NA | NA | .00 | .00 |
| DIRECTV | UNSECURED | 184.22 | NA | NA | .00 | .00 |
| FIRST USA BANK NA | UNSECURED | .00 | NA | NA | .00 | .00 |
| FIRST USA BANK NA | UNSECURED | .00 | NA | NA | .00 | .00 |
| VILLAGE RADIOLOGY | UNSECURED | 41.80 | NA | NA | .00 | .00 |
| GEMB ABT TV | UNSECURED | .00 | NA | NA | .00 | .00 |
| GEMB/JCP | UNSECURED | .00 | NA | NA | .00 | .00 |
| GEMB SAMS | UNSECURED | .00 | NA | NA | .00 | .00 |
| GEMB SAMS | UNSECURED | .00 | NA | NA | .00 | .00 |
| GEMB SAMS | UNSECURED | .00 | NA | NA | .00 | .00 |
| GEMB CIRCUIT CITY | UNSECURED | .00 | NA | NA | .00 | .00 |
| GEMB WHITEHALL | UNSECURED | 3,079.00 | NA | NA | .00 | .00 |
| VON MAUR CHICAGO | UNSECURED | 132.00 | NA | NA | .00 | .00 |
| HSBC AUTO | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| WEST SUBURBAN MED CT | UNSECURED | 160.00 | NA | NA | .00 | .00 |
| RESURRECTION AMBULAT | UNSECURED | 70.00 | NA | NA | .00 | .00 |
| RESURRECTION AMBULAT | UNSECURED | 69.00 | NA | NA | .00 | .00 |
| MACYS DSNB | UNSECURED | .00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | NA | NA | NA | .00 | .00 |
| CITIFINANCIAL | UNSECURED | 4,327.00 | NA | NA | .00 | .00 |
| ARONSON FURNITURE CO | UNSECURED | 444.00 | NA | NA | .00 | .00 |
| MONTEREY FINANCIAL | UNSECURED | 154.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 88.22 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | .00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| PEOPLES GAS LIGHT & | UNSECURED | .00 | NA | NA | .00 | .00 |
| RESURRECTION AMB CAR | UNSECURED | 130.50 | NA | NA | .00 | .00 |
| RESURRECTION HEALTH | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | .00 | NA | NA | .00 | .00 |
| SOUMA DIANOSTICS | UNSECURED | 59.80 | NA | NA | .00 | .00 |
| SUNRISE CREDIT SERVI | UNSECURED | 13,528.93 | NA | NA | .00 | .00 |
| THD/CBSD | UNSECURED | .00 | NA | NA | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 254.00 | 36.89 | 36.89 | .00 | .00 |
| TOYOTA MOTOR CREDIT | UNSECURED | 377.66 | NA | NA | .00 | .00 |
| VIRGINA PRIHODA | UNSECURED | 800.00 | 1,706.52 | 1,706.52 | .00 | .00 |
| VON MAUR | UNSECURED | .00 | NA | NA | .00 | .00 |
| WELLS FARGO HOME MOR | UNSECURED | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 1,211.49 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 1,211.49 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 86,653.58 | .00 | .00 |
| **TOTAL PRIORITY:** | 86,653.58 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 91,466.34 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | .00 |
| Disbursements to Creditors | $ | .00 |
| **TOTAL DISBURSEMENTS:** | $ | .00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:  11/15/2011              /s/ Tom Vaughn
                                Tom Vaughn, Chapter 13 Trustee

**STATEMENT**  : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**